```
McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-CV-00957 GEB/JFM |
| Plaintiff, ) | |
| ) | STIPULATION FOR STAY |
| v. ) | AND ORDER THEREON [PROPOSED] |
| ) | |
| APPROXIMATELY $8,590.00 IN ) | |
| U.S. CURRENCY, ) | |
| ) | DATE:    October 27, 2008 |
| Defendant. ) | TIME:    9:00 a.m. |
| _____) | COURTROOM:10 |

Plaintiff United States of America and claimant Jesus Avila Avila ["Avila"] hereby stipulate that a stay is necessary in the above-entitled action, and request that the Court enter an order staying all further proceedings until a related criminal case against Avila now pending in this court (U.S. v. Jesus Avila Avila, et al., 2:07-CR-571 GEB) is resolved.

1. Claimant Avila filed a claim to the defendant property and an Answer to the Verified Complaint For Forfeiture In Rem on July 14, 2008. No other parties have filed a claim in this forfeiture action.

2. Pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21

1

U.S.C. § 881(i) the parties seek a stay of further proceedings in this case.  The United States contends that the defendant currency was furnished or intended to be furnished in exchange for a controlled substance, or is traceable to such an exchange, and is therefore forfeitable to the United States.  The United States intends to depose Avila about the claim he filed in this case and the facts surrounding the source of these funds.  If discovery proceeds, Avila would be placed in the difficult position of either invoking his Fifth Amendment right against self-incrimination and losing the ability to protect his alleged interest in the defendant property, or waiving his Fifth Amendment right and submitting to a deposition and potentially incriminating himself in the pending criminal matter.  If Claimant invokes his Fifth Amendment right, the United States will be deprived of the ability to explore the factual basis for the claim he filed in this action and the defenses raised in his Answer.

    3.   In addition, Avila intends to depose law enforcement officers who were involved in the investigation that led to Avila's arrest.  Allowing depositions of these officers would adversely affect the ability of the U.S. Attorney's Office to prosecute the case.

    4.  Accordingly, the parties recognize that proceeding with this action at this time has potential adverse affects on the prosecution of the related criminal case and/or upon Avila's ability to prove his claim to the property and to contest the government's allegations that the property is forfeitable.  For these reasons, the parties jointly request that this matter be

stayed until the conclusion of the criminal case now pending in this court.

Dated:  October 14, 2008          McGREGOR W. SCOTT
                                  United States Attorney


                                  /s/ Kristin S. Door
                                  KRISTIN S. DOOR
                                  Assistant U.S. Attorney

Dated: October 14, 2008           /s/ Gilbert A. Roque
                                  GILBERT A. ROQUE
                                  Attorney for claimant
                                  Jesus Avila Avila


**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) until the related criminal case is resolved.

The scheduling conference scheduled for October 27, 2008, is continued to **February 2, 2009 at 9:00AM.** Fourteen days before the scheduling conference the parties will advise the court if a further stay is necessary.  If the criminal case has been resolved, the parties will file a joint status report addressing the issues listed in the May 5, 2008, Order Setting Status (Pretrial Scheduling) Conference.

IT IS SO ORDERED.

Dated:  October 16, 2008

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge

3