```
LAWRENCE G. BROWN
Acting United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:08-CV-00957 GEB JFM |
|---|---|---|
| Plaintiff, | ) | FINAL JUDGMENT OF FORFEITURE |
| v. | ) | |
| APPROXIMATELY $8,590.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed January 23, 2009, the Court finds:

1.  This is a civil forfeiture action against approximately $8,590.00 in U.S. Currency (hereafter "defendant currency") seized on or about December 12, 2007, at 1118 Stratford Circle, Apt. #6, Stockton, California.

2.  A Verified Complaint for Forfeiture *In Rem* (hereafter "Complaint") was filed on May 2, 2008, seeking the forfeiture of the defendant currency, alleging that said property is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6), as the property constitutes money or other things of value furnished or intended to be furnished by any person in

1

1 exchange for a controlled substance or listed chemical, all
2 proceeds traceable to such an exchange and/or were used or
3 intended to be used to facilitate one or more violations of 21
4 U.S.C. § 841 et seq.

5    3.   On May 5, 2008, the Court issued a Warrant for
6 Arrest of Articles *In Rem* for the defendant currency, and that
7 warrant was duly executed on May 6, 2008.

8    4.   On or about May 14, 2008, copies of the Complaint,
9 Application and Order for Publication, Warrant for Arrest of
10 Articles *In Rem*, Order Setting Status Conference and court
11 notices were personally served on Claimant Jesus Avila-Avila.

12    5.   On June 10, 2008, a Public Notice of Arrest and
13 Seizure of the defendant currency appeared by publication in the
14 Stockton Record, a newspaper of general circulation in the county
15 in which the defendant vehicle was seized (San Joaquin County).
16 The Proof of Publication was filed with the Court on July 10,
17 2008.

18    6.   In addition to the Public Notice of Arrest and
19 Seizure having been completed, actual notice or attempted notice
20 has been completed on the following:
21       a.   Gabriela Chavez-Avila;
22       b.   Luis Fernando Avila; and
23       c.   Erica Chavez-Andrade.

24    7.   On July 14, 2008, Claimant Jesus Avila-Avila filed a
25 Verified Claim and an Answer to the Complaint.  No other parties
26 have filed claims or answers in this matter, and the time for
27 which any person or entity may file a claim and answer has
28 expired.

1    8.   Claimant Jesus Avila-Avila represents and warrants that
2 he is the sole owner of the defendant currency.
3    9.   The Clerk of the Court entered a Clerk's Certificate of
4 Entry of Default against potential claimant Gabriela Chavez-Avila
5 on September 30, 2008, and on potential claimants Luis Fernando
6 Avila and Erica Chavez-Andrade on January 15, 2009. Pursuant to
7 Local Rule A-540, the United States and Claimant Jesus Avila-
8 Avila thus join in a request that as part of the Final Judgment
9 of Forfeiture in this case the Court enter a default judgment
10 against the interest, if any, of Gabriela Chavez-Avila, Luis
11 Fernando Avila, and Erica Chavez-Andrade without further notice.
12     Based on the above findings, and the file and records of the
13 Court, it is hereby ORDERED AND ADJUDGED:
14    1.   The Court adopts the Stipulation for Final Judgment of
15 Forfeiture entered into by and between the parties to this
16 action.
17    2.   Judgment is hereby entered against Claimant Jesus
18 Avila-Avila , and all other potential claimants who have not
19 filed claims in this action.
20    3.   The defendant approximately $8,590.00 in U.S. Currency,
21 plus any interest that may have accrued, shall be forfeited to
22 the United States pursuant to 21 U.S.C. § 881(a)(6), to be
23 disposed of according to law.
24    4.   Plaintiff United States of America and its servants,
25 agents, and employees and all other public entities, their
26 servants, agents, and employees, are released from any and all
27 liability arising out of or in any way connected with the arrest,
28 seizure or forfeiture of the defendant currency.  This is a full

3

and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said arrest, seizure or forfeiture, as well as to those now known or disclosed.  The parties to this agreement agree to waive the provisions of California Civil Code § 1542.

6. Pursuant to the stipulation of the parties, and allegations set forth in the Complaint for Forfeiture *In Rem* filed May 2, 2008, the Court finds that there was reasonable cause for the seizure and arrest of the defendant currency, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

7. All parties will bear their own costs and attorneys' fees, if any.

Dated:  February 12, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed May 2, 2008, and the Stipulation for Final Judgment of Forfeiture filed January 22, 2009, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant vehicle.

Dated:  February 12, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

4